FILED
CLERK, U.S. DISTRICT COURT

FEB - 4 2010

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DERRICK DaSHUN OWENS,<br><br>  Petitioner,<br><br>  v.<br><br>L. E. SCRIBNER, Warden,<br><br>  Respondent. | Case No. CV 08-01287 JVS (AN)<br><br>ORDER APPROVING AND ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has conducted a *de novo* review of the file, including the Magistrate Judge's Report and Recommendation ("R&R"). No objections to the R&R were filed. Instead, Petitioner responded to the R&R by filing a "motion for certificate of appealability," which the Court has considered in its separate order denying said motion.

IT IS ORDERED that:

1. The R&R is approved and adopted.
2. Judgment shall be entered denying the Petition and dismissing this action with prejudice.
3. All other pending motions are denied as moot and terminated.

IT IS FURTHER ORDERED that the Clerk of the Court shall serve a copy of this Order and the Judgment on all counsel or parties of record.

Dated: February 4, 2010

_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE