UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DERRICK DaSHUN OWENS,<br>　　　　Petitioner,<br>　　v.<br>L. E. SCRIBNER, Warden,<br>　　　　Respondent. | Case No. CV 08-01287 JVS (AN)<br><br>JUDGMENT |

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice for the reasons set forth in the Magistrate Judge's Report and Recommendation.

Dated: February 4, 2010

JAMES V. SELNA
UNITED STATES DISTRICT JUDGE